JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONALD FISHER,                    )        Case No. CV 11-256-DMG  (OP)
                                  )
                                  )        J U D G M E N T
                  Petitioner,     )
         v.                       )
                                  )
G. D. LEWIS, Warden,              )
                                  )
                                  )
                  Respondent.     )
_____  )

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  October 15, 2013

DOLLY M. GEE
United States District Judge